UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

oOo

ELI R. KLEIN,

       Plaintiff,

                                 CASE NO.: 3:19-cv-00311-LRH-WGC

vs.

PINNACLE SERVICES, INC., dba
SUMMIT COLLECTION SERVICES

       Defendant.
_____/

**STIPULATION AND ORDER DISMISSING CASE**

COMES NOW Plaintiff, ELI R. KLEIN by and through his attorney, Michael Lehners, Esq., and PINNACLE SERVICES, INC., dba SUMMIT COLLECTION SERVICES by and through its attorney, Cliff Young, Esq. stipulate and agree as follows:

///
///
///
///
///
///
///

1

1. That the above entitled lawsuit is dismissed with prejudice with each side to bear their own attorney fees and costs.

DATED:_____          DATED: April 28, 2020

_____      _____
Michael Lehners, Esq.           Cliff Young, Esq.
429 Marsh Avenue                491 Court Street
Reno, NV 89509                  Reno, NV 89501
Attorney for Plaintiff:         Attorney for Defendant.

## ORDER

IT IS SO ORDERED this **6th day of May, 2020.**

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2